**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 5:12-cr-42-Oc-22PRL**

**CARLOS SOLARES**

_____

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge,

(Doc. No. 118), to which there has been no Notice of Objection filed by the Government nor the

Defendant, the plea of guilty of the defendant to Count One of the Second Superseding

Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing

has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 12th day of February, 2013.

Anne C. Conway
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Pretrial Services